IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01658-BNB

NOUR GRIFFIN EVANS,

    Plaintiff,

v.

SERGEANT R. DOIZAKI, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY L. EMERSON, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY D. THOMPSON, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY S. BANCROFT, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY D. KLEINHEKSEL, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY C. WENZEL, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY T. BAHRS, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY B. KNUDSEN, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY S. ROLEN, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY K. ELLEDGE, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
PH. D. COHEN, Individually and in his Official Capacity as Contract Doctor for Arapahoe County,
NURSE T. GOSS, Individually and in his Official Capacity as Contract Nurse for Arapahoe County,
NURSE T. SICOTTE, , Individually and in her Official Capacity as Contract Nurse for Arapahoe County,
CIVIL SERVANT E. MYERS, Individually and in her Official Capacity as Contract Employee for Arapahoe County,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Motion for Amended Prisoner Complaint," filed on October 4, 2010 (Doc. # 15) is DENIED as unnecessary. Plaintiff was directed to file an Amended Prisoner Complaint by Order dated August 31, 2010.

Dated: October 6, 2010