IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01658-ZLW-BNB

NOUR GRIFFIN EVANS,

    Plaintiff,

v.

SERGEANT R. DOIZAKI, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY L. EMERSON, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY D. THOMPSON, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY S. BANCROFT, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY D. KLEINHEKSEL, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY C. WENZEL, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY T. BAHRS, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY B. KNUDSEN, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY S. ROLEN, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
DEPUTY K. ELLEDGE, Individually and in his Official Capacity as Deputy Sheriff for Arapahoe County,
PH. D. COHEN, Individually and in his Official Capacity as Contract Doctor for Arapahoe County,
NURSE T. GOSS, Individually and in his Official Capacity as Contract Nurse for Arapahoe County,
NURSE T. SICOTTE, , Individually and in her Official Capacity as Contract Nurse for Arapahoe County,
CIVIL SERVANT E. MYERS, Individually and in her Official Capacity as Contract Employee for Arapahoe County,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2010

GREGORY C. LANGHAM
                   CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: October 20, 2010

BY THE COURT:

*Zita Leeson Weinshienk*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01658-ZLW-BNB

Nour Griffin Evans
Prisoner No. 200900015315
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155-4918

US Marshal Service
Service Clerk
Service forms for: Sergeant R. Doizaki, Deputy L. Emerson, Deputy D. Thompson, Deputy S. Bancroft, Deputy D. Kleinheksel, Deputy C. Wenzel, Deputy T. Bahrs, Deputy B. Knudsen, Deputy S. Rolen, Deputy K. Elledge, PH.D. Cohen, Nurse T. Goss, Nurse T. Sicotte, and Civil Servant E. Myers,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Sergeant R. Doizaki, Deputy L. Emerson, Deputy D. Thompson, Deputy S. Bancroft, Deputy D. Kleinheksel, Deputy C. Wenzel, Deputy T. Bahrs, Deputy B. Knudsen, Deputy S. Rolen, Deputy K. Elledge, PH.D. Cohen, Nurse T. Goss, Nurse T. Sicotte, and Civil Servant E. Myers : AMENDED COMPLAINT FILED 10/04/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/26/10.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk